UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **United Natural Foods, Inc.**, <br>     Plaintiff, <br><br> v. <br><br> **Way of Will, Inc**   Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )     C.A. No. 23-cv-00196-MSM <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFAULT JUDGMENT**

IT IS ORDERED AND ADJUDGED:

Default Judgment hereby enters in accordance with the Text Order of 2/5/2024

                                                            Enter:

                                                             /s/ Carrie L. Potter <br>
                                                            Deputy Clerk

Dated: 2/5/2024