# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

UNITED NATURAL FOODS, INC.,

        Plaintiff,

v.

WAY OF WILL, INC.,

        Defendant.

C.A. No. 23-cv-00196-MSM-PAS

## AMENDED DEFAULT JUDGMENT

Judgment by default hereby enters in favor of Plaintiff, United Natural Foods, Inc., and against Defendant, Way of Will, Inc., in the total amount of $166,599.13 which consists of a principal amount of $147,579.54 and prejudgment interest of $19,019.59 as of February 5, 2024. Plaintiff is also entitled to costs.

*/s/ Mary S. McElroy*

_____

Deputy Clerk

Date: 4/8/2024

SUBMITTED BY:

*/s/ Daniel E. Burgoyne*
Daniel E. Burgoyne (#7541)
PARTRIDGE SNOW & HAHN LLP
40 Westminster Street, Suite 1100
Providence, RI 02903
Tel: 401-861-8200
Fax: 401-861-8210
dburgoyne@psh.com

ATTORNEY FOR PLAINTIFF,
UNITED NATURAL FOODS, INC.

DATED:  February 7, 2024

4886-7048-4643